STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
varell_fuller@fd.org

Counsel for Defendant MARTINEZ-CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PEDRO MARTINEZ-CASTRO, <br><br> Defendant. | No. CR-15-00539 RMW/HRL <br><br> STIPULATION TO ADVANCE DETENTION HEARING; AND PROPOSED ORDER <br><br> **Honorable Howard R. Lloyd** |

### STIPULATION

The parties, by and through their respective counsel, hereby stipulate that the detention hearing currently set in this matter for Monday, November 30, 2015, at 1:30 p.m., be advanced to Monday, November 23, 2015, at 1:30 p.m.

The defendant Mr. Pedro Martinez-Castro is charged with a violation of 8 U.S.C. § 1326(a) and (b). Mr. Martinez-Castro made his initial appearance in this matter on November 10, 2015. A detention hearing was subsequently held on November 13, 2015, at which Mr. Martinez-Castro was ordered detained as a flight risk. At that hearing, Mr. Martinez-Castro reserved the right to reopen the detention hearing if additional information became available

from which the Court might set conditions of release that would assure his presence at trial.

On November 19, 2015, the defense moved to reopen the detention hearing based on changed circumstances, and requested a detention hearing be held on November 30, 2015. However, prior to the November 19 hearing, counsel of record for Mr. Martinez-Castro inadvertently provided a colleague covering the appearance with the incorrect date for the reopened detention hearing. Accordingly, the defense respectfully request that the Court advance the detention hearing to Monday, November 23, 2015.

Mr. Martinez-Castro was interviewed on November 18, 2015, by United States Pretrial Services in anticipation of the defense request to reopen the detention hearing. Counsel for Mr. Martinez-Castro is advised that Pretrial Services will have a full bail study prepared and available to the Court by November 23rd. Additionally, counsel for Mr. Martinez-Castro is further advised that Mr. Martinez-Castro's family members, potential sureties, and supporters, that will include the member of his church where he is the Pastor, have previously made arrangements to adjust their schedules to be present on November 23, 2015. Counsel for Mr. Martinez-Castro has consulted with Untied States Pretrial Services about the request to advance the detention hearing date to November 23, 2015, and they have no objection.

Accordingly, the parties therefore respectfully request that the Court advance the defendant's reopened detention hearing date from November 30, 2015 at 1:30 p.m. to November 23, 2015, at 1:30 p.m.

Dated: November 19, 2015

/s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 19, 2015

/s/
BRIANNA L. PENNA
Special Assistant United States Attorney

2

1 //
2 //
3
4                                   [~~PROPOSED~~] ORDER
5        Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the
6 detention hearing set for Monday, November 30, 2015, is advanced to Monday, November 23,
7 2015, at 1:30 p.m.
8        IT IS SO ORDERED.
9 Dated: November 20, 2015

                                               THE HON. HOWARD R. LLOYD
                                               United States Magistrate Judge